IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSA YAMELIS FIGUEROA MALDONADO, : :  Plaintiff, : : v. : :  KILOLO KIJAKAZI, : :  Defendant. : : | Civ. No. 20-5333 |

## ORDER

**AND NOW**, this 5th day of May, 2022, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 13), Defendant's Response (Doc. No. 14), Plaintiff's Reply (Doc. No. 15), as well as the administrative record herein (Doc. No. 12), and after careful review of the Report and Recommendation of United States Magistrate Judge Sandra Moore Wells (Doc. No. 18), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED AND ADOPTED**;

2. Plaintiff's Motion is **GRANTED in part** as follows; and

3. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can properly consider Plaintiff's obesity throughout the sequential evaluation process; in particular, the ALJ shall reevaluate Plaintiff's residual functional capacity.

**AND IT IS SO ORDERED.**

　　　/s/ Paul S. Diamond
　　　Paul S. Diamond, J.